IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MICHAEL E. VOGT,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-657-bbc

---

  This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

  IT IS ORDERED AND ADJUDGED that the decision of defendant Michael J. Astrue, Commissioner of Social Security, is affirmed and the appeal of plaintiff Michael E. Vogt is dismissed.

_____
Peter Oppeneer, Clerk of Court

4/28/10
Date